**STATE of Missouri, Respondent,**

v.

**Douglas W. MAGER, Appellant.**

**No. WD 59732.**

Missouri Court of Appeals,
Western District.

Feb. 26, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., SPINDEN, C.J., and ELLIS, J.

### ORDER

PER CURIAM.

Appellant, Douglas W. Mager, appeals his conviction and sentence for one count of burglary in the first degree, § 569.160, RSMo 2000;[1] one count of assault in the

second degree, § 565.060; and one count of armed criminal action, § 571.015. Mager was found guilty by jury and sentenced as a prior offender to a total of thirteen years' imprisonment. The court found that: 1) the State produced sufficient evidence to prove beyond a reasonable doubt that Mager entered the victim's residence with the knowledge that his entry was unlawful; and 2) the State asking Mager during cross-examination about an order of protection against him did not rise to the level of plain error. Affirmed. Rule 30.25(b).

---

1. All statutory references are to the Revised Missouri Statutes 2000, unless otherwise indi-